**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **N & N ELECTRIC, INC.** | ) | **Case No. 22-02332-5-DMW** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

## CHAPTER 11 APPLICATION FOR FINAL DECREE

The undersigned attorney reports to the Court that:

1.      There has been an assumption by the Debtor or by the successor to the Debtor under the Plan of the business or of the management of all or substantially all of the property dealt with by the Plan;

2.      The Debtor has commenced distributions under the Plan;

3.      All administrative claims and priority tax claims have been paid in full or are current as provided in the Plan;

4.      Since the Debtor elected to be treated as a debtor under Subchapter V of Chapter 11, there were no quarterly fees due or payable;

5.      All Plan payments are current;

6.      The Subchapter V Trustee, Ciara L. Rogers submitted a Report of No Distribution on July 7, 2023. The Subchapter V Trustee has completed her duties in this case and should be discharged of further duties as Subchapter V Trustee; and

7.      A Final Report has been filed simultaneously herewith this motion.

**WHEREFORE,** the undersigned prays the court for the entry of a Final Decree.

DATED: August 23, 2023

**HENDREN, REDWINE & MALONE, PLLC**

s/ Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
          rredwine@hendrenmalone.com
          bwaller@hendrenmalone.com
*Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I, Jason L. Hendren, of 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, hereby certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 23rd day of August, 2023, I served copies of the foregoing on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED**:  August 23, 2023.

        **HENDREN, REDWINE & MALONE, PLLC**

        s/ Jason L. Hendren
        Jason L. Hendren (NC State Bar No. 26869)
        Rebecca F. Redwine (NC State Bar No. 37012)
        Benjamin E.F.B. Waller (NC State Bar No. 27680)
        4600 Marriott Drive, Suite 150
        Raleigh, NC 27612
        Telephone:  (919) 573-1422
        Facsimile:   (919) 420-0475
        Email: jhendren@hendrenmalone.com
               rredwine@hendrenmalone.com
               bwaller@hendrenmalone.com
        *Counsel for the Debtor*

TO:

Brian Behr                           *(via CM/ECF)*
*Office of the Bankruptcy Administrator*

Ciara L. Rogers                   *(via CM/ECF)*
Subchapter V Trustee

N & N Electric, Inc.
6366 NC 96 N
Selma, NC 27576