**VAN–177** Final Decree Subchapter V – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
N & N Electric, Inc.
6366 NC 96 N
Selma, NC 27576

CASE NO.: 22–02332–5–DMW

DATE FILED: October 13, 2022

TaxID: 56–1672501

CHAPTER: 11

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED:

That the trustee is discharged as trustee of the estate and the bond is cancelled.

That the chapter 11 case of the above named debtor(s) is closed.

DATED: September 14, 2023

                                            David M. Warren
                                            United States Bankruptcy Judge